UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GOLDEN EAGLE INSURANCE, <br><br> Plaintiff, <br><br> vs. <br><br> ADT LLC dba ADT SECURITY SERVICES; and DOES 1-25, inclusive, <br><br> Defendants. | Case No. 2:14-CV-0020-SVW (JEMx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: November 21, 2013 <br><br> JS-6 |

NOW this 4th day of March, 2010, this Court, having before it the parties' Stipulation of Dismissal with Prejudice, and finding that all parties have agreed to dismiss the above-captioned action with prejudice; and finding that such dismissal is proper:

IT IS HEREBY ORDERED THAT THIS CASE IS DISMISSED WITH PREJUDICE, all pending hearing and deadlines are vacated, and each party to bear its own costs as previously agreed between them. IT IS SO ORDERED.

DATED: March 4, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

188889 V1